JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ALICIA WRIGHT, | Case No. 5:24-CV-01863-FWS(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN E. RICOLCOL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

July 3, 2025
DATE

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE